UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOWARD J. LEVINE,<br><br>　　　　Defendant.<br>_____ | Case No. CR 07-233 JLR<br><br>DETENTION ORDER |

Offense charged:

    Distribution of Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

Date of Detention Hearing:    June 29, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)　　Defendant chose not to be interviewed. Accordingly, background information about the defendant's personal history, residence, family ties or ties to the Western District of Washington is unknown.

    (2)　　Defendant has a previous conviction for extortion and wire fraud. When he was on supervision, he was found to be difficult to supervise.

(3)  Defendant was charged with distribution of controlled substances, and promised not to engage in such activities in the future. It appears that he may have violated that promise.

(4)  Defendant apparently has an on-going substance abuse problem.

(5)  Defendant has apparent mental health problems.

(6)  There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge