# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD JAY LEVINE,<br><br>Defendant. | NO. CR07-233-JLR<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on December 17, 2009. The United States was represented by Assistant United States Attorney Doug Whalley, and the defendant by Paula Deutsch. The proceedings were digitally recorded.

The defendant had been charged and convicted of Distribution of Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D). On or about February 19, 2008, defendant was sentenced by the Honorable James L. Robart to a term of twenty-two months in custody, to be followed by three years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a mental health program and financial disclosure.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated September 30, 2009, U.S. Probation Officer Richard B. Cowan asserted the following violations by defendant of the conditions of her supervised release:

(1) Committing the crime of Distribution of Methamphetamine in King County, Washington on or before August 27, 2009, in violation of the general condition that he not commit a federal, state or local crime.

(2) Committing the crime of Possession of Methamphetamine in King County, Washington on or about August 27, 2009, in violation of the general condition that he not commit a federal, state or local crime.

(3) Using methamphetamine on or before August 27, 2009, in violation of standard condition No. 7.

(4) Committing the crime of Reckless Driving in King County, Washington on or about August 27, 2009, in violation of the general condition that he not commit a federal, state or local crime.

(5) Failing to submit a written report to the U.S. Probation Office within the first five days of April, May, June, July, August and September 2009 in violation of standard No. 2.

(6) Failing to notify the probation officer within ten days prior to a change of residence, in violation of standard condition No. 6.

On November 5 2009, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On December 18, 2009, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 3 and 5. Alleged violations 1, 2, 4 and 6 were dismissed without prejudice by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violations 3 and 5, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on January 20, 2010 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 18th day of December, 2009.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
 AUSA: Doug Whalley
 Defendant's attorney: Paula Deutsch
 Probation officer: Richard B. Cowan

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3